# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of 06/18/06. Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Phyllis L. Crowder

**Case Number:** 96-10336

### Document Information

**Description:** Order Granting [648-1] Amended Motion For Relief From Stay by Dona Ana County Treasurer; to allow Dona Ana County to Prosecute Condemnation action in State Court.

**Received on:** 1998-12-16 10:43:26.000

**Date Filed:** 1998-12-16 10:43:26.000

**Date Entered On Docket:** 1998-12-17 00:00:00.000

### Filer Information

**Submitted By:**

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE: PHYLLIS L. CROWDER,

    Debtor.                                       Case No. 11-96-10336 ML

## ORDER GRANTING RELIEF FROM STAY
## TO ALLOW DONA ANA COUNTY TO PROSECUTE
## CONDEMNATION ACTION IN STATE COURT

THIS MATTER came before the Court upon Dona Ana County's Motion for Relief from Stay to Prosecute Claim. For the reasons set forth in the memorandum opinion entered herewith, the Court finds that Dona Ana County's motion should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that Dona Ana County's Motion for Relief from Stay to Prosecute Claim is **GRANTED.**

**FURTHER ORDERED,** that this relief from the automatic stay is limited to allow Dona Ana County to prosecute an action against the Debtor to condemn only Well No. 5, a fifty foot by fifty foot (50' x 50') tract of real property upon which Well No. 5 is located, and two hundred (200) acre feet of perfected water rights associated with Well No. 5.

_____
MARK B. McFEELEY
United States Bankruptcy Judge

I hereby certify that a true and correct copy of the foregoing was either electronically transmitted, faxed or mailed to the following parties on the date file stamped above.

Thomas R. Figart
Attorney at Law
180 W. Amador
Las Cruces, NM  88001

Daniel J. Behles
Attorney at Law
P.O. Box 415
Albuquerque, New Mexico 87103


_____
Dinah N. Martinez
Secretary to Judge McFeeley
(505) 248-6526

2